UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2024 AUG 26  PM 12: 51

U.S. DISTRICT COURT
DISTRICT MASS.

**REQUEST FOR A HEARING BY A THIRD PARTY**
**Related to USA v. Kion Shepherd Criminal Case No. 22-10325-FDS.**

I, Natalie Sanchez, hereby certify the following information is true and accurate, and is set forth under the pains and penalties of perjury. In accordance with 28 U.S.C. 1746.

I, Natalie Sanchez, hereby assert my right to some of the property deemed "Assorted Jewelry" seized from 10 Reliance Row, Salem Massachusetts, in relation to a criminal matter USA v. Kion Shepherd Criminal Case No. 22-10325-FDS. Specifically my interest lie with Two Rolex watches (One Female and One Male)and One Ring, which I seek the return of, to my person.

This notice complies with 21 U.S.C. 853(n)(2) and (3), as it is provided within 60 days after the first publication on the government forfeiture website.
This notice was mailed on **August 13, 2024**, first class postage prepaid.

I reside at the above stated residence where the property in question was seized. I have been employed for approximately 20 years in the restaurant industry, including operating my own business as a restaurant consultant and offering the Serve Safe course.

1

This jewelry was purchased by me, on or about in the years 2019 for the Female Rolex watch and Ring, the Male Rolex was financed and paid for through 2021. It was purchased from Victoria Jewelers in Boston Massachusetts

I am AN INNOCENT OWNER OF THIS PROPERTY, and as such I believe I am entitled to the return of said property.

I have been employed all of my adult life, and have filed taxes in accordance with the rules and laws of the United States, these items were purchased by me, with legal proceeds I have earned from my employment. I purchased the Female watch for myself, and the Ring and Male Rolex watch was for my boyfriend Kion Shepherd who I have been in a relationship with for 14 years, and who I have 3 children with (1 girl and 2 boys) all of which reside in the residence in which this property was taken from.

My Contact information is as such:
Natalie Sanchez
781-309-2073
Email:natalie.sanchez413@gmail.com

My Home Address is now:
23 Nahant Place
Apt. 1
Lynn MA, 01902

Respectfully I request a hearing and have also filed a separate motion for counsel. I was unable to draft this request on my own, and had the help of a family friend, however that friend is also not a lawyer, and I assert that justice would be best

2

served if a lawyer was appointed. Due to my boyfriend's incarceration, I am unable to afford counsel and am living under an extreme financial hardship.

The statements made in this petition are true and accurate, and are presented under the pains and penalties, and asserted in good faith to the best of my ability and knowledge. They are provided in accordance with 28 U.S.C. 1746.

This petition was executed **on August** ___13___ **, 2024** and mailed on this same day to:

United States District Court
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse way
Boston, Massachusetts 02210

Natalie Sanchez

**Signature:** _____

**Date: August,** ___13___ **, 2024**