UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATALIE SANCHEZ,**  )<br>)<br>**Plaintiff,**  )<br>)<br>)<br>**v.**  )<br>)<br>**UNITED STATES OF AMERICA,**  )<br>)<br>)<br>**Defendant.**  )<br>) | Civil Action No. 24-12228-FDS |

## ORDER

**SAYLOR, C.J.**

Natalie Sanchez, a resident of Lynn, Massachusetts, initiated this action on August 26, 2024, by filing a request for a hearing and request for appointment of counsel in a civil-forfeiture proceeding. (Dkt. Nos. 1-2). Sanchez seeks the return of certain property that the government has sought to have forfeited in connection with criminal charges against defendant Kion Shepherd in *United States v. Shepherd*, C.R. No. 22-10325-FDS. (Dkt. No. 1). She states that her request "complies with 21 U.S.C. 853(n)(2) and (3), as it is provided within 60 days after the first publication on the government forfeiture website." (*Id.* at 1). She is proceeding *pro se*.

In a criminal-forfeiture action, property is subject to forfeiture pursuant to 21 U.S.C. § 853. Federal Rule of Criminal Procedure 32.2 sets out a series of procedures required for the forfeiture of property and requires the court to hold an ancillary proceeding if "a third party files a petition asserting an interest in the property to be forfeited[.]" Fed. R. Crim. P. 32.2(c)(1).

On the government's motion, on July 25, 2024, the court entered a preliminary order of forfeiture in Kion Shepherd's criminal case, ordering the forfeiture of certain property in connection with Shepherd's conviction. *See* Dkt. No. 618, Preliminary Order of Forfeiture, *United States v. Shepherd*, Criminal No. 22-10325-FDS. Not having received any claims of interest, on November 13, 2024, the government moved to have the court enter a final order of forfeiture. *See* Dkt. No. 769, Motion for Final Order of Forfeiture, *United States v. Shepherd*, Criminal No. 22-10325-FDS.

Here, it appears that Sanchez intended to have her pleadings filed in the criminal action and not filed separately in a civil action. Therefore, the clerk is directed to re-file Sanchez's pleadings in *United States v. Shepherd*, C.R. No. 22-10325-FDS. The clerk shall also terminate this civil case and forward a copy of this order along with Sanchez' pleadings to Alexandra W. Amrhein, the Assistant U.S. Attorney representing the government in the criminal action.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated: December 20, 2024